Shapiro, Van Ess & Sherman, LLP
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
(602)222-5711
(602)222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Jason P. Sherman, Bar # 019999
Lydia R. Tulin, Bar #027093
Attorney for Bank of America, N.A.
[FILE 17-025957 CGG]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

JAMES EARL ROBY,

Debtor.

Case # 2:17-bk-06881-MCW

Chapter 13

**OBJECTION TO CHAPTER 13 PLAN BY**
Bank of America, N.A.

Bank of America, N.A., ("BOFA"), a secured creditor in this bankruptcy case, through undersigned counsel hereby objects to the confirmation of the Chapter 13 Plan filed by the Debtor for the reasons stated below.

1. BOFA is the holder of a note ("the BOFA Note"), secured by a deed of trust recorded in the first position against certain real property, ("the Property"), generally described as 1735 S. Henkel Circle, Mesa, AZ 85202 and legally described as:

> LOT 352, OF PONDEROSA MESA UNIT FIVE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 193 OF MAPS, PAGE 6

True and correct copies of the Note, Deed of Trust, and Assignment of the Deed of Trust are attached to BOFA's Proof of Claim. Upon information and belief, the above-described real property is the principal residence of the Debtor.

2. When the bankruptcy petition was filed on June 18, 2017, the payments under the terms of the BOFA Note were in default. The plan incorrectly states the amount of the default on the BOFA Note to be cured. The correct amount of the default to be cured pursuant to the Proof of Claim filed by BOFA is as follows: **$38,456.56[1]**.

3. BOFA objects to the Confirmation unless the regular post-petition payments due on the Note are current.

WHEREFORE, BOFA objects to confirmation of the chapter 13 Plan.

DATED this 21 day of August, 2017.

Shapiro, Van Ess & Sherman, LLP

Jason P. Sherman
Lydia R. Tulin
Attorney for Bank of America, N.A.

Original filed this 21 day of August, 2017 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed this 21 day of August, 2017 to:

Chapter 13 Trustee:
Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965

Attorney for Debtor:
Charles M. Leftwich, Jr.
Leftwich Law

---

[1] BOFA has not included post-petition bankruptcy attorneys' fees and costs, which were incurred post-petition. If the Debtor intends to cure the post-petition attorneys' fees and costs through the plan, Debtor should contact counsel for BOFA to determine the amount.

```
1  1423 S. Higley Road, Suite 127
   Mesa, AZ 85206
2
   Debtor:
3  James Earl Roby
   1735 S. Henkel Circle
4  Mesa, AZ 85202

5
   Co-Debtor:
6  Richard Young
   1735 S. Henkel Circle
7  Mesa, AZ 85202
   Lillie Young
8  1735 S. Henkel Circle
   Mesa, AZ 85202
9
   By _____
10
```