

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | JAMES EARL ROBY |
| **Case Number:** | 2:17-BK-06881-MCW  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 07, 2017 03:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

### Matter:

ORAL ARGUMENT ON DEBTOR'S AMENDED MOTION FOR EXTENSION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)(A)
R / M #:  17 / 0

### Appearances:

CHARLES M. LEFTWICH, ATTORNEY FOR JAMES EARL ROBY (T)

### Proceedings:

The Court confirms that it has received counsel's additional briefing and the requested documents.

Mr. Leftwich has nothing to add to his papers.

COURT: FOR THE REASONS STATED ON THE RECORD, THE COURT WILL REIMPOSE THE AUTOMATIC STAY SUBJECT TO RECONSIDERATION TO A FUTURE REQUEST BY A CREDITOR.